# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:07-CV-543-RJC-DCK

| | | |
|---|---|---|
| JEFFREY SHEMBO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL E. BAILEY, JR., ANTHONY GARRETT, PEERLESS INSURANCE COMPANY, & PRISON HEALTH SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Extend The Scheduling Deadlines" (Document No. 29) filed December 16, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate.

Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Extend The Scheduling Deadlines" (Document No. 29) is hereby **GRANTED**. The new deadlines shall be as follows:

| | |
|---|---|
| Discovery Deadline | **July 6, 2009** |
| Motions Deadline | **August 6, 2009** |
| Trial | **To Be Determined** |

Signed: December 23, 2008

David C. Keesler
United States Magistrate Judge