# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeffrey Shembo,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                              3:07cv543

Daniel E. Bailey, Jr. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/20/09 Order.

                                                         Signed: January 20, 2009

                                                         Frank G. Johns, Clerk
                                                         United States District Court